# **EXHIBIT 2**


An official website of the United States government
Here's how you know




# FOIA.gov

MENU

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 2279791

# Success!

## Your FOIA request has been created and is being sent to the DHS Privacy Office.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

### Contact the agency

Roman Jankowski, Chief FOIA Officer/ Chief Privacy Officer

Korrina Stewart, FOIA Liaison (Acting)

dhsfoiapublicliaison@hq.dhs.gov

Privacy Office, Mail Stop 0655
2707 Martin Luther King Jr. AVE SE
Washington, DC 20528-0655

foia@hq.dhs.gov

# Request summary

Request submitted on **July 17, 2025**.

The confirmation ID for your request is **2279791**.



The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

## Contact information

### Name
Lauren Harper

### Company/organization
Freedom of the Press Foundation

### Email
Lauren@freedom.press

## Your request

A copy of the July 14, 2025, agreement between DHS and the Centers for Medicare and Medicaid Services granting ICE access to the personal data of the nation's 79 million Medicaid enrollees.

## Fees

### What type of requester are you?
media

### Fee waiver

no

**The amount of money you're willing to pay in fees, if any**

25.00

---

## Request expedited processing

**Expedited processing**

yes

**Justification for expedited processing**

I request expedited processing for this request according to subsection 552(a)(6)(E) of the FOIA, which states that expedited processing must be granted to requests with a "compelling need…made by a person primarily engaged in dissemination information [with] urgency to inform the public concerning actual or alleged Federal Government activity." Please note that, as a representative of the news media, FPF has an "urgency to inform the public concerning actual or alleged Federal Government activity" at issue in this request. Please also note that courts have interpreted "concerning" broadly to extend beyond materials generated by the federal government and to include information provided to an agency by private entities.


FOIA.gov

### CONTACT

Office of Information Policy (OIP)

U.S. Department of Justice

441 G St, NW, 6th Floor

Washington, DC 20530

E-mail: National.FOIAPortal@usdoj.gov

Hero image credit ↗ CC3.0

| FREQUENTLY ASKED QUESTIONS

| DEVELOPER RESOURCES

| AGENCY API SPEC


7/17/25, 12:27 PM    Case 1:25-cv-03387-CJN    Document 1-2 FOIA.gov - Freedom of Information Act Filed 09/24/25 Create a Request Page 5 of 5

| FOIA CONTACT DOWNLOAD
| FOIA DATASET DOWNLOAD ACCESSIBILITY
| PRIVACY POLICY
| POLICIES & DISCLAIMERS
| JUSTICE.GOV
| USA.GOV