# **EXHIBIT 4**

**From: Joseph Cox** — 07/17/2025

Subject: RE: Freedom of Information Act Request: Medicaid Data Agreement between DHS and the Centers of Medicare an… [Portal]

To Whom It May Concern:

Pursuant to the Freedom of Information Act, I hereby request the following records:

### Background ###

A widely read media report said that "Immigration and Customs Enforcement officials will be given access to the personal data of the nation's 79 million Medicaid enrollees, including home addresses and ethnicities, to track down immigrants who may not be living legally in the United States, according to an agreement obtained by The Associated Press. The information will give ICE officials the ability to find 'the location of aliens' across the country, says the agreement signed Monday between the Centers for Medicare and Medicaid Services and the Department of Homeland Security." You can read the report here: https://apnews.com/article/immigration-medicaid-trump-ice-ab9c2267ce596089410387bfcb40eeb7

My request is seeking a copy of this agreement.

### Request ###

- A copy of this agreement between DHS and the Centers of Medicare and Medicaid Services
- If you are not able to search for the agreement based on that request language, I alternatively request a copy of all agreements between DHS and the Centers of Medicare and Medicaid Services, from 1st January 2025 to the present.

To aid in the search, a direct quote of the agreement is "ICE will use the CMS data to allow ICE to receive identity and location information on aliens identified by ICE"

In order to help to determine my status to assess fees, you should know that I am a journalist writing for 404 Media and that this request is being made as part of news gathering.

The requested documents will be made available to the general public, and this request is not being made for commercial purposes.

In the event that there are fees, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter. I look forward to receiving your response to this request within 20 business days, as the statute requires.

Sincerely,

Joseph Cox

---

**From: Joseph Cox** — 07/17/2025

Subject: RE: Freedom of Information Act Request: Medicaid Data Agreement between DHS and the Centers of Medicare an… [Portal]

To further assist your search, the agreement is called "Information Exchange Agreement Between the Centers for Medicare and Medicaid Services and the Department of Homeland Security (DHS) for Disclosure of Identity and Location Information of Aliens"

Thank you.