UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| FREEDOM OF THE PRESS FOUNDATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | Civil Action No. 25-3387 (CJN) |

## [PROPOSED] ORDER

UPON CONSIDERATION of the Defendants' Consent Motion and the entire record herein, it is hereby

ORDERED that Defendants' Consent Motion is granted; and it is further

ORDERED that Defendants' obligation to file its answer or otherwise respond to the complaint is stayed pending further order of this Court; and it is further

ORDERED that parties shall file a joint status report every sixty days to update the Court on the status of their efforts to resolve this matter.

**SO ORDERED.**


Date: _____                    _____
                                                 CARL J. NICHOLS
                                                 United States District Judge