UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

FREEDOM OF THE PRESS
FOUNDATION, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, et al.,

Defendants.

Civil Action No. 25-3387 (CJN)

**JOINT STATUS REPORT**

Plaintiffs, Freedom of the Press Foundation and Dark Mode LLC d/b/a 404 Media, and

Defendants Department of Homeland Security and Centers for Medicare & Medicaid Services

(collectively, "Parties") hereby respectfully submit the following joint status report.

1.      On September 24, 2025, Plaintiffs filed their complaint pursuant to the Freedom of

Information Act ("FOIA").  ECF No. 1.

2.      On January 13, 2026, Defendants reported that Plaintiffs have been provided a copy

of the public record at issue in this case and have since conveyed a proposal to resolve this matter

and their claim for attorney's fees and costs. ECF No. 11.  Defendants also moved to stay their

deadline to respond to the complaint while the Parties discussed settlement.  *Id.*

3.      On January 16, 2026, the Court granted Defendants' motion to stay, ordered that

the case is stayed pending further order, and further ordered that the parties shall file a joint status

report every sixty days to update the Court on the status of their efforts to resolve this matter.  Min.

Order (Jan. 16, 2026).

4.      Today, the Parties report that Defendant made a counteroffer on March 17, 2026, and Plaintiff is reviewing.

5.      Pursuant to the Court's January 16, 2026 Minute Order, the Parties will file a further joint status report on or before May 18, 2026.

A proposed Order is being filed with this motion.

Dated:  March 17, 2026
            Washington, DC

                                              Respectfully submitted,

                                              ___/s/_____
                                              Matthew Stephen Lee Cate
                                              Law Office of Matthew S.L. Cate
                                              101 Montgomery Street
                                              Suite 900
                                              San Francisco, CA 94104
                                              415-964-4400
                                              matt@matthewcatelaw.com

                                              *Counsel for Plaintiffs*


                                              JEANINE FERRIS PIRRO
                                              United States Attorney


                                              By: _____*/s/ Sian Jones*_____
                                                    SIAN JONES, D.C. Bar #1024062
                                                    Assistant United States Attorney
                                                    601 D Street, NW
                                                    Washington, D.C., 20530
                                                    (202) 252-2578

                                              *Attorneys for the United States of America*