UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREEDOM OF THE PRESS FOUNDATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | Civil Action No. 25-3387 (CJN) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated:  July 9, 2026
       Washington, DC

Respectfully submitted,

__/s/___ *Matthew Cate*_____
Matthew Stephen Lee Cate
Law Office of Matthew S.L. Cate
101 Montgomery Street
Suite 900
San Francisco, CA 94104
415-964-4400
matt@matthewcatelaw.com

*Counsel for Plaintiffs*

JEANINE FERRIS PIRRO
United States Attorney

By: _____ */s/ Sian Jones*_____
    SIAN JONES, D.C. Bar #1024062
    Assistant United States Attorney
    601 D Street, NW
    Washington, D.C., 20530

- 2 -

(202) 252-2578

*Attorneys for the United States of America*